**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-03025-ZLW

DOUGLAS LEE CRAWFORD,

    Applicant,

v.

THE ADAMS COUNTY COMBINED COURT JUSTICE CENTER,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This case was dismissed and the Court entered a judgment on February 12, 2010. Therefore, Applicant's motion for leave to file an amended complaint filed on February 24, 2010, is DENIED as moot. This matter also is before the Court on the letter to the Honorable John L. Kane that Applicant filed ***ex parte*** on February 24. Mr. Crawford is cautioned that, pursuant to D.C.COLO.LCivR 77.2, "no . . . party to any proceeding shall send letters, pleadings, or other papers or copies directly to a judicial officer." Therefore, the letter to Judge Kane will not be addressed further, and to the extent it requests any relief, the request is denied. This case is closed. The clerk of the Court is directed to strike any future filings Mr. Crawford may submit in this case.

    Dated: February 25, 2010