IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-03025-ZLW

DOUGLAS LEE CRAWFORD,

    Applicant,

v.

THE ADAMS COUNTY COMBINED COURT JUSTICE CENTER,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    The motion titled "Motion for an Order for a Certified Copy of All State Trial and Appeal Records" that Applicant, Douglas L. Crawford, submitted to and filed with the Court on March 25, 2010, is DENIED, because Applicant filed a notice of appeal on the same day.  Therefore, the Court lacks jurisdiction to consider the March 25 motion.

Dated:  March 30, 2010