IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-03025-ZLW

DOUGLAS LEE CRAWFORD,

      Petitioner,

v.

ADAMS COUNTY COMBINED COURT JUSTICE CENTER,

      Respondent.

---

## ORDER DENYING CERTIFICATE OF APPEALABILITY

This Court, in the above entitled proceedings, has rendered an Order denying petitioner's Petition For A Rule To Show Cause In Exercise Of Original Jurisdiction C.A.R. 21 and dismissing the case. The Court has reviewed the record which conclusively shows that petitioner is entitled to no relief. The reasons stated in the Order of Dismissal filed February 12, 2010 are incorporated herein by reference as though fully set forth. Accordingly, the Court finds that a certificate of appealability should not issue because petitioner has not made a substantial showing of the denial of a constitutional right. It is, therefore,

ORDERED that no certificate of appealability will issue.

DATED at Denver, Colorado, this  30th   day of   March  , 2010.

BY THE COURT:

      s/Philip A. Brimmer
      PHILIP A. BRIMMER
      United States District Judge, for
      ZITA LEESON WEINSHIENK, Senior Judge
      United States District Court