IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-003025-ZLW

DOUGLAS LEE CRAWFORD,

    Applicant,

v.

ADAMS COUNTY COMBINED COURT JUSTICE CENTER,

    Respondent.

## ORDER DENYING SECOND CERTIFICATE OF APPEALABILITY

Weinshienk, Senior Judge

    Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and dismissing the action. The court has reviewed the file and finds that a second certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a second certificate of appealability will not be issued.

    DATED at Denver, Colorado, this  19th  day of   April  , 2010.

                                         BY THE COURT:

                                         s/Philip A. Brimmer
                                         PHILIP A. BRIMMER
                                         United States District Judge, for
                                         ZITA LEESON WEINSHIENK, Senior Judge
                                         United States District Court